# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————————

**No. ACM S32758**

————————————————

**UNITED STATES**
*Appellee*

**v.**

**Adrian C. REESE, Jr.**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————————

Appeal from the United States Air Force Trial Judiciary

Decided 12 July 2024

————————————————

*Military Judge*: Jennifer E. Powell.

*Sentence*: Bad-conduct discharge, confinement for 2 months, reduction to E-1, and a reprimand. Sentence adjudged 12 May 2022 by SpCM convened at Joint Base Pearl Harbor-Hickam, Hawaii.

*For Appellant*: Lieutenant Colonel Jarett Merk, USAF; Major Megan R. Crouch, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, GRUEN, and WARREN, *Appellate Military Judges*.

————————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————————

PER CURIAM:

The findings and sentence as entered are correct in law, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2024 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court